# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN CLARK,             ) | |
| ) | |
| Plaintiff,     ) | Case No. 1:23-cv-00946-GBW |
| ) | |
| v.                      ) | |
| ) | |
| DECIBEL THERAPEUTICS, INC., ) | JURY TRIAL DEMANDED |
| WILLIAM H. CARSON, ALISON ) | |
| FINGER, MATTHEW KAPUSTA, KEVIN ) | |
| MCLAUGHLIN, SARASWATHY ) | |
| NOCHUR, and LAURENCE REID, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: September 25, 2023      **LONG LAW, LLC**

By:   */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*